WOODCLIFF MANAGEMENT COMPANY v. TOWNSHIP
OF NORTH BERGEN.

July 12, 1984.

Petition for certification denied.

NATIONAL TELEPHONE DIRECTORY CORPORATION
v. DONALD BIGLEY.

July 12, 1984.

Petition for certification denied.

PATRICIA A. BUTTERFIELD v. UNITED POWER
SWEEPING COMPANY, INC.

July 12, 1984.

Petition for certification denied.

IVY HILL PARK APARTMENTS, SECTION IV, INC. v.
CAROL THOMAS.

July 12, 1984.

Petition for certification denied.